### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOANE ARELLANO CABRERA,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM, Secretary.<br>U.S. Department of Homeland Security, *et al.*,<br><br>    Respondents. | Case No. 1:25-cv-04269-GLR |

## **ORDER**

Upon consideration of the Final Status Report filed by the parties (ECF No. 12), and the entire record in this case, it is hereby:

ORDERED, that the Petition (ECF No. 1) is GRANTED in part, as set forth in the Order of January 20, 2026 (ECF No. 11), and DENIED as to any further relief; and it is further

ORDERED, that NO FURTHER STATUS REPORTS need be filed; and it is further

ORDERED, that the Clerk of Court shall CLOSE this case.

Dated: February 17, 2026

/s/
Chief Judge George Levi Russell, III
Chief, U.S. District Court Judge, District of Maryland